DOCKET# 174
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

JAN 23 2008

THERESA M. OWENS, CLERK
CASE:

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SanDisk Corporation,

    Plaintiff,

vs.

Phison Electronics Corp., Silicon Motion Technology Corp., Silicon Motion, Inc. (Taiwan), Silicon Motion, Inc. (California), Silicon Motion International, Inc., Synergistic Sales, Inc., USBest Technology, Inc., Skymedi Corp., Chipsbrand Microelectronics (HK) Co., Ltd., Chipsbank Technology (Shenzhen) Co., Ltd., Chipsbank Microelectronics Co., Ltd., Zotek Electronic Co., Ltd., Zodata Technology Ltd., Infotech Logistic LLC, Power Quotient International Co., Ltd., PQI Corp., PNY Technologies, Inc., Kingston Technology Co., Inc., Kingston Technology Corp., Payton Technology Corp., MemoSun, Inc., Buffalo, Inc., Melco Holdings, Inc., Buffalo Technology (USA), Inc., Verbatim Corp., Transcend Information Inc. (Taiwan), Transcend Information Inc. (California, U.S.A.), Transcend Information Maryland, Inc., Imation Corp., Imation Enterprises Corp., Memorex Products, Inc., Add-On Computer Peripherals, Inc., Add-On Computer Peripherals, LLC, Add-On Technology Co., A-Data Technology Co., Ltd., A-Data Technology (USA) Co., Ltd., Apacer Technology Inc., Apacer Memory America, Inc., Acer, Inc., Behavior Tech Computer Corp., Behavior Tech Computer USA Corp., Corsair Memory, Inc., Dane-Elec Memory S.A., Dane-Elec Corp. USA, EDGE Tech Corp., Interactive Media Corp, LG Electronics, Inc., LG Electronics U.S.A., Inc., TSR Silicon Resources Inc. and Welldone Co.

    Defendants.

Civil Action No. 07-C-0607-C

**VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND ORDER PURSUANT TO RULE 41(a)(1), FED. RULES CIV. P.**

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff SanDisk Corporation ("SanDisk") hereby dismisses the Complaint and all causes of action as against Defendant Infotech Logistic, LLC ("Infotech") with prejudice and without costs. Defendant Infotech has not filed or served an Answer or motion for summary judgment.

Copy of this document has been provided to: Counsel

this 22 day of Jan, 2008
by _____
S. Vogel, Secretary to
Judge Barbara B. Crabb

Approved
Barbara B. Crabb
1/22/08

SanDisk and Infotech hereby stipulate and consent, and this Court hereby adjudges as follows:

1. This Court has jurisdiction over the subject matter and the parties to this action, and venue is proper in this District.

2. All of the parties' claims are dismissed with prejudice.

3. The parties shall bear their own costs and attorneys' fees.

THE ABOVE ORDER IS HEREBY STIPULATED TO AND AGREED BY THE PARTIES.

Dated: January 11, 2008

WILSON, SONSINI, GOODRICH & ROSATI

By: /s/ Michael A. Ladra
Michael A. Ladra

650 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 493-9300
Fax: (650) 493-6811
mladra@wsgr.com

Attorneys for Plaintiff
SanDisk Corporation

Dated: January 11, 2008

HELLER EHRMAN LLP

By: /s/ Anupam Sharma
Anupam Sharma

275 Middlefield Road
Menlo Park, CA 94025-3506
Tel: 650-324-7000
Fax: 650-324-6024
anupam.sharma@hellerehrman.com

Attorneys for Defendant
Infotech Logistic, LLC