IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| SanDisk Corp.<br><br>*Plaintiff,*<br><br>vs.<br><br>Phison Electronics Corp., Silicon Motion Technology Corp., Silicon Motion, Inc. (Taiwan), Silicon Motion, Inc. (California), Silicon Motion International, Inc., Synergistic Sales, Inc., USBest Technology, Inc., Skymedi Corp., Chipsbrand Microelectronics (HK) Co., Ltd., Chipsbank Technology (Shenzhen) Co., Ltd., Chipsbank Microelectronics Co., Ltd., Zotek Electronic Co., Ltd., Zodata Technology Ltd., Infotech Logistic LLC, Power Quotient International Co., Ltd., PQI Corp., Kingston Technology Co., Inc., Kingston Technology Corp., Payton Technology Corp., MemoSun, Inc., Buffalo, Inc., Melco Holdings, Inc., Buffalo Technology (USA), Inc., Verbatim Corp., Transcend Information Inc. (Taiwan), Transcend Information Inc. (California, U.S.A.), Transcend Information Maryland, Inc., Imation Corp., Imation Enterprises Corp., Memorex Products, Inc., Add-On Computer Peripherals, Inc., Add-On Computer Peripherals, LLC, Add-On Technology Co., A-Data Technology Co., Ltd., A-Data Technology (USA) Co., Ltd., Apacer Technology Inc., Apacer Memory America, Inc., Behavior Tech Computer Corp., Behavior Tech Computer USA Corp, Corsair Memory, Inc., Dane-Elec Memory S.A., Dane-Elec Corp. USA, EDGE Tech Corp., Interactive Media Corp, LG Electronics, Inc., LG Electronics U.S.A., Inc., TSR Silicon Resources Inc., and Welldone Co.<br><br>*Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-C-0607-C<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF SANDISK CORP.'S NOTICE OF DISMISSAL
WITHOUT PREJUDICE OF SYNERGISTIC SALES, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff SanDisk Corp. ("SanDisk") files this Notice of Dismissal Without Prejudice of Defendant Synergistic Sales, Inc. ("Synergistic") and respectfully states as follows:

Copy of this document has been
provided to: *counsel*

this 21 day of Jan, 2008
by *[signature]*
S. Vogel, Secretary to
Judge Barbara B. Crabb

*Barbara B. Crabb*
1/21/08

1. On October 24, 2007, SanDisk filed its Complaint for patent infringement with this Court, alleging that Synergistic infringes United States Patent No. 6,763,424, United States Patent No. 6,426,893, and United States Patent No. 6,947,332.

2. Synergistic has not served either an answer to SanDisk's Complaint or a motion for summary judgment.

3. On information and belief, Synergistic is a distributor for defendant Silicon Motion, Inc. On information and belief, defendant Silicon Motion, Inc. makes accused flash memory controllers and flash memory products, and also makes other products, which are not accused in this matter.

4. Synergistic has represented to SanDisk that Synergistic has not, does not, and will not in the future make, sell, offer for sale, or use any accused flash memory controllers or flash memory drives containing accused flash memory controllers, and has not, does not, and will not in the future induce or contribute to any alleged infringement by such products.

5. In light of and in reliance on these representations, SanDisk does not wish to pursue the above-referenced matter against Synergistic at this time. Accordingly, SanDisk hereby dismisses Synergistic from the above referenced action without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

6. This Notice of Dismissal Without Prejudice of Defendant Synergistic Sales, Inc. shall not serve to operate as a dismissal of any other party named as a defendant in this action.

Respectfully submitted this 17th day of January 2008.

s/ Allen A. Arntsen
Allen A. Arntsen (WBN 1015038)
Jeffrey A. Simmons (WBN 1031984)
**FOLEY & LARDNER LLP**
150 E. Gilman Street
Madison, Wisconsin 53703-1481
P.O. Box 1497
Madison, Wisconsin 53701-1497
Telephone: (608) 257-5035
Facsimile: (608) 258-4258

**OF COUNSEL:**

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
Ron E. Shulman
Michael A. Ladra
James C. Yoon
Julie M. Holloway
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for Plaintiff, SanDisk Corp.*