## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

SanDisk Corporation,  )
                      )
      Plaintiff,  )
                      )
  vs.  )
                      )
Phison Electronics Corp., Silicon Motion  )   Civil Action No.  07-C-0607-C
Technology Corp., Silicon Motion, Inc.  )
(Taiwan),  Silicon Motion, Inc. (California),  )
Silicon Motion International, Inc., Synergistic  )
Sales, Inc., USBest Technology, Inc., Skymedi  )
Corp., Chipsbrand Microelectronics (HK) Co.,  )
Ltd., Chipsbank Technology (Shenzhen) Co.,  )
Ltd., Chipsbank Microelectronics Co., Ltd.,  )   **VOLUNTARY DISMISSAL OF**
Zotek Electronic Co., Ltd.,  Zodata  )   **INTERACTIVE MEDIA**
Technology Ltd., Infotech Logistic LLC,  )   **CORPORATION WITH PREJUDICE**
Power Quotient International Co., Ltd.,  PQI  )   **AND WITHOUT COSTS AND ORDER**
Corp., PNY Technologies, Inc., Kingston  )   **PURSUANT TO RULE 41(A)(1), FED.**
Technology Co., Inc., Kingston Technology  )   **RULES CIV. P.**
Corp., Payton Technology Corp., MemoSun,  )
Inc., Buffalo, Inc., Melco Holdings, Inc.,  )
Buffalo Technology (USA), Inc., Verbatim  )
Corp., Transcend Information Inc. (Taiwan),  )
Transcend Information Inc. (California,  )
U.S.A.),  Transcend Information Maryland,  )
Inc., Imation Corp., Imation Enterprises Corp.,  )
Memorex Products, Inc., Add-On Computer  )
Peripherals, Inc., Add-On Computer  )
Peripherals, LLC , Add-On Technology Co.,  )
A-Data Technology Co., Ltd., A-Data  )
Technology (USA) Co., Ltd., Apacer  )
Technology Inc., Apacer Memory America,  )
Inc., Acer, Inc., Behavior Tech Computer  )
Corp.,  Behavior Tech Computer USA Corp.,  )
Corsair Memory, Inc., Dane-Elec Memory  )
S.A.,  Dane-Elec Corp. USA, EDGE Tech  )
Corp., Interactive Media Corp, LG  )
Electronics, Inc., LG Electronics U.S.A., Inc.,  )
TSR Silicon Resources Inc. and Welldone Co.  )
                      )
      Defendants.  )
                      )
                      )
_____)

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff SanDisk Corporation ("SanDisk") hereby

dismisses the Complaint and all causes of action as against Defendant Interactive Media

Corporation ("Interactive") with prejudice and without costs.  Defendant Interactive has not

filed or served an Answer or motion for summary judgment.

Copy of this document has been
provided to: _Couns____

this _26_ day of _Jan, 2008_
by_____

S. Vogel, Secretary to
Judge Barbara B. Crabb

SanDisk and Interactive hereby stipulate and consent, and this Court hereby adjudges as follows:

1.      This Court has jurisdiction over the subject matter and the parties to this action, and venue is proper in this District.

2.      All of the parties' claims are dismissed with prejudice.

3.      The parties shall bear their own costs and attorneys' fees.

THE ABOVE ORDER IS HEREBY STIPULATED TO AND AGREED BY THE PARTIES.


Dated: January 17, 2008          WILSON, SONSINI, GOODRICH & ROSATI


By: _Michael A Ladra / RRS_____
       Michael A. Ladra

       650 Page Mill Road
       Palo Alto, CA  94304
       Tel: (650) 493-9300
       Fax: (650) 493-6811
       mladra@wsgr.com

       Attorneys for Plaintiff
       SanDisk Corporation


Dated: January _17, 2008         STOPA & ASSOCIATES, LLC


By: _____
       Mark T. Stopa
       STOPA & ASSOCIATES, LLC
       36 Mechanic Street, Suite 208
       Foxboro, MA 02035
       Tel. (508) 543-0600
       Fax. (508) 543-0615
       mtstopa@verizon.net

       Attorneys for Defendant
       Interactive Media Corporation


2

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED.


Dated:  January *23*, 2008



The Honorable Barbara B. Crabb
United States District Judge