IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SanDisk Corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>Phison Electronics Corp., Silicon Motion Technology Corp., Silicon Motion, Inc. (Taiwan), Silicon Motion, Inc. (California), Silicon Motion International, Inc., Synergistic Sales, Inc., USBest Technology, Inc., Skymedi Corp., Chipsbrand Microelectronics (HK) Co., Ltd., Chipsbank Technology (Shenzhen) Co., Ltd., Chipsbank Microelectronics Co., Ltd., Zotek Electronic Co., Ltd., Zodata Technology Ltd., Infotech Logistic LLC, Power Quotient International Co., Ltd., PQI Corp., PNY Technologies, Inc., Kingston Technology Co., Inc., Kingston Technology Corp., Payton Technology Corp., MemoSun, Inc., Buffalo, Inc., Melco Holdings, Inc., Buffalo Technology (USA), Inc., Verbatim Corp., Transcend Information Inc. (Taiwan), Transcend Information Inc. (California, U.S.A.), Transcend Information Maryland, Inc., Imation Corp., Imation Enterprises Corp., Memorex Products, Inc., Add-On Computer Peripherals, Inc., Add-On Computer Peripherals, LLC, Add-On Technology Co., A-Data Technology Co., Ltd., A-Data Technology (USA) Co., Ltd., Apacer Technology Inc., Apacer Memory America, Inc., Acer, Inc., Behavior Tech Computer Corp., Behavior Tech Computer USA Corp., Corsair Memory, Inc., Dane-Elec Memory S.A., Dane-Elec Corp. USA, EDGE Tech Corp., Interactive Media Corp, LG Electronics, Inc., LG Electronics U.S.A., Inc., TSR Silicon Resources Inc. and Welldone Co.<br><br>      Defendants. | Civil Action No. 07-C-0607-C<br><br><br><br>VOLUNTARY DISMISSAL OF DEFENDANT EDGE TECH CORPORATION WITH PREJUDICE AND WITHOUT COSTS AND ORDER PURSUANT TO RULE 41(A)(1), FED. RULES CIV. P. |

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff SanDisk Corporation ("SanDisk") hereby dismisses the Complaint and all causes of action as against Defendant EDGE Tech Corporation ("EDGE") with prejudice and without costs. Defendant EDGE has not filed or served an Answer or motion for summary judgment.

Copy of this document has been provided to: Counsel

this 28 day of Jan, 2008
by _____
S. Vogel, Secretary to
Judge Barbara B. Crabb

SanDisk and EDGE hereby stipulate and consent, and this Court hereby adjudges as follows:

1. This Court has jurisdiction over the subject matter and the parties to this action, and venue is proper in this District.

2. All of the parties' claims are dismissed with prejudice.

3. The parties shall bear their own costs and attorneys' fees.

THE ABOVE ORDER IS HEREBY STIPULATED TO AND AGREED BY THE PARTIES.

Dated: January 17, 2008

HEAD JOHNSON & KACHIGIAN

_____
Mark G. Kachigian
Cassandra L. Wilkinson

228 West 17th Place
Tulsa, Oklahoma 74119
Telephone: (918) 587-2000
mkachigian@hjklaw.com
cwilkinson@hjklaw.com

Attorneys for Defendant
EDGE Tech Corporation

Dated: 1/18/08

WILSON SONSINI GOODRICH & ROSATI

_____
Michael A. Ladra/RRS
Michael A. Ladra

650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
mladra@wsgr.com

Attorneys for Plaintiff
SanDisk Corporation

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED.

Dated: January 24, 2008

_____
The Honorable Barbara B. Crabb
United States District Judge

2