IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SanDisk Corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>Phison Electronics Corp., Silicon Motion Technology Corp., Silicon Motion, Inc. (Taiwan), Silicon Motion, Inc. (California), Silicon Motion International, Inc., Synergistic Sales, Inc., USBest Technology, Inc., Skymedi Corp., Chipsbrand Microelectronics (HK) Co., Ltd., Chipsbank Technology (Shenzhen) Co., Ltd., Chipsbank Microelectronics Co., Ltd., Zotek Electronic Co., Ltd., Zodata Technology Ltd., Infotech Logistic LLC, Power Quotient International Co., Ltd., PQI Corp., PNY Technologies, Inc., Kingston Technology Co., Inc., Kingston Technology Corp., Payton Technology Corp., MemoSun, Inc., Buffalo, Inc., Melco Holdings, Inc., Buffalo Technology (USA), Inc., Verbatim Corp., Transcend Information Inc. (Taiwan), Transcend Information Inc. (California, U.S.A.), Transcend Information Maryland, Inc., Imation Corp., Imation Enterprises Corp., Memorex Products, Inc., Add-On Computer Peripherals, Inc., Add-On Computer Peripherals, LLC, Add-On Technology Co., A-Data Technology Co., Ltd., A-Data Technology (USA) Co., Ltd., Apacer Technology Inc., Apacer Memory America, Inc., Acer, Inc., Behavior Tech Computer Corp., Behavior Tech Computer USA Corp., Corsair Memory, Inc., Dane-Elec Memory S.A., Dane-Elec Corp. USA, EDGE Tech Corp., Interactive Media Corp, LG Electronics, Inc., LG Electronics U.S.A., Inc., TSR Silicon Resources Inc. and Welldone Co.<br><br>       Defendants. | Civil Action No. 07-C-0607-C<br><br><br>VOLUNTARY DISMISSAL OF DEFENDANT WELLDONE CO. WITH PREJUDICE AND WITHOUT COSTS AND ORDER PURSUANT TO RULE 41(A)(1), FED. RULES CIV. P.<br><br><br><br><br><br>Copy of this document has been provided to: _Counsel_<br>this _28_ day of _Jan_ 20_08_<br>by _S. Vogel_<br>S. Vogel, Secretary to<br>Judge Barbara B. Crabb |

      Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff SanDisk Corporation ("SanDisk") hereby dismisses the Complaint and all causes of action as against Defendant Welldone Company ("Welldone") with prejudice and without costs in light of a settlement between the parties. Defendant Welldone has not filed or served an Answer or motion for *summary judgment*.

SanDisk and Welldone hereby stipulate and consent, and this Court hereby adjudges as follows:

1. This Court has jurisdiction over the subject matter and the parties to this action, and venue is proper in this District.

2. All of the parties' claims are dismissed with prejudice.

3. The parties shall bear their own costs and attorneys' fees.

THE ABOVE ORDER IS HEREBY STIPULATED TO AND AGREED BY THE PARTIES.

Dated: January 18, 2008

MATTHEWS & PARTNERS

_____
Leodis C. Matthews

4322 Wilshire Blvd., Ste. 200
Los Angeles, CA 90010
Telephone: (323) 930-5690
leesq@aol.com

Attorneys for Defendant
Welldone Company

Dated: January 18, 2008

WILSON SONSINI GOODRICH & ROSATI

_____
Michael A. Ladra

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
mladra@wsgr.com

Attorneys for Plaintiff
SanDisk Corporation

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED.

Dated: January 24, 2008

_____
The Honorable Barbara B. Crabb
United States District Judge

2