IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SanDisk Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Phison Electronics Corp., Silicon Motion Technology Corp., Silicon Motion, Inc. (Taiwan), Silicon Motion, Inc. (California), Silicon Motion International, Inc., Synergistic Sales, Inc., USBest Technology, Inc., Skymedi Corp., Chipsbrand Microelectronics (HK) Co., Ltd., Chipsbank Technology (Shenzhen) Co., Ltd., Chipsbank Microelectronics Co., Ltd., Zotek Electronic Co., Ltd., Zodata Technology Ltd., Infotech Logistic LLC, Power Quotient International Co., Ltd., PQI Corp., PNY Technologies, Inc., Kingston Technology Co., Inc., Kingston Technology Corp., Payton Technology Corp., MemoSun, Inc., Buffalo, Inc., Melco Holdings, Inc., Buffalo Technology (USA), Inc., Verbatim Corp., Transcend Information Inc. (Taiwan), Transcend Information Inc. (California, U.S.A.), Transcend Information Maryland, Inc., Imation Corp., Imation Enterprises Corp., Memorex Products, Inc., Add-On Computer Peripherals, Inc., Add-On Computer Peripherals, LLC , Add-On Technology Co., A-Data Technology Co., Ltd., A-Data Technology (USA) Co., Ltd., Apacer Technology Inc., Apacer Memory America, Inc., Acer, Inc., Behavior Tech Computer Corp., Behavior Tech Computer USA Corp., Corsair Memory, Inc., Dane-Elec Memory S.A., Dane-Elec Corp. USA, EDGE Tech Corp., Interactive Media Corp, LG Electronics, Inc., LG Electronics U.S.A., Inc., TSR Silicon Resources Inc. and Welldone Co.<br><br>    Defendants. | Civil Action No. 07-C-0607-C<br><br><br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND ORDER PURSUANT TO RULE 41(a)(1), FED. RULES CIV. P.** |

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff SanDisk Corporation ("SanDisk") hereby dismisses the Complaint and all causes of action as against Defendants Add-On Computer Peripherals, Inc. and Add-On Computer Peripherals, LLC (collectively, "Add-On USA") and

Copy of this document has been provided to: Counsel

this 28 day of Jan, 2008
by _____
S. Vogel, Secretary to
Judge Barbara B. Crabb

with prejudice and without costs. Add-On USA has not filed or served an Answer or motion for summary judgment.

Through its counsel, Add-On USA has represented that it is wholly distinct and unrelated to defendant Add-On Technology Co. Accordingly, this dismissal applies only to Add-On USA and its subsidiaries. SanDisk maintains its claims against all other Add-On entities.

SanDisk and Add-On USA hereby stipulate and consent, and this Court hereby adjudges as follows:

1. This Court has jurisdiction over the subject matter and the parties to this action, and venue is proper in this District.

2. Within the meaning of the parties' Limited Patent Cross License Agreement, executed January 9, 2009, Add-On Computer Peripherals, Inc. is a subsidiary of Add-On Computer Peripherals, LLC.

3. All of SanDisk's claims against Add-On USA are dismissed with prejudice. SanDisk maintains its claims against all other Add-On entities.

4. The parties shall bear their own costs and attorneys' fees.

THE ABOVE ORDER IS HEREBY STIPULATED TO AND AGREED BY THE PARTIES.

Dated: January 11, 2008    WILSON, SONSINI, GOODRICH & ROSATI

By: /s/ Michael A. Ladra
Michael A. Ladra

650 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 493-9300
Fax: (650) 493-6811
mladra@wsgr.com

Attorneys for Plaintiff
SanDisk Corporation

Dated: January 11, 2008    STETINA BRUNDA GARRED & BRUCKER

By: /s/ Matthew A. Newboles
Matthew A. Newboles

75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Tel: (949) 855-1246
Fax: (949) 855-6371
mnewboles@stetinalaw.com

Attorneys for Defendants
Add-On Computer Peripherals, Inc. and
Add-On Computer Peripherals, LLC

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED.

Dated: January 28, 2008

/s/ Barbara B. Crabb
The Honorable Barbara B. Crabb
United States District Judge